THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| TAMRA STEPHENSON,<br><br>Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT and TIM BOLIN,<br>Defendant. | **ORDER TAKING UNDER ADVISEMENT DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Case No. 4:21-cv-00020-DN-PK<br><br>District Judge David Nuffer |

After reviewing Defendants' Motion for Judgment on the Pleadings ("Motion");[1] Plaintiff's Memorandum in Opposition to Motion for Judgment on the Pleadings ("Opposition");[2] and Defendants' Reply in Support of their Joint Motion for Judgment on the Pleadings ("Reply"),[3]

IT IS HEREBY ORDERED that the Motion is taken under advisement.

IT IS FURTHER ORDERED that on or before July 30, 2021, Defendants shall, consistent with DUCivR 54-1(b), submit a draft order to dj.nuffer@utd.uscourts.gov, and file a PDF version under the event "Notice of Filing." The draft order shall:

a. grant the Motion in part, and deny the Motion in part, dismissing the First Cause of Action without prejudice for failure to state a claim, on the basis that the letters attached to the Opposition and attached to Defendant's Answer to Plaintiff's

---

[1] Docket no. 15, filed May 18, 2021.

[2] Docket no. 20, filed June 1, 2021.

[3] Docket no. 23, filed June 15, 2021

Complaint,[4] and referenced in the Complaint,[5] and alleged related conduct, do not violate the Fair Debt Collection Practices Act, on the grounds argued in the Motion and Reply; and

b. dismissing the other cases of action without prejudice due to lack of subject matter jurisdiction over those state law claims after the cause of action raising a federal question is dismissed.

IT IS FURTHER ORDERED that the draft order shall be created using the template at https://www.utd.uscourts.gov/sites/utd/files/order3.docx, and may follow the examples given in the Proposed Order section of https://www.utd.uscourts.gov/judge-nuffer-chambers. Specific examples of orders granting motions for judgment on the pleadings are:

63    MEMORANDUM DECISION AND WRITTEN ORDER on 21 Motion for Judgment on the Pleadings, 4:19-cv-00027-DN, *Chilcoat v. San Juan County et al.*

102    MEMORANDUM DECISION AND ORDER Granting 64 San Juan County Defendants' Motion for Judgment on the Pleadings, 2:17-cv-00082-DN, *Young et al v. Young et al.*

66    MEMORANDUM DECISION AND ORDER granting 52 Motion for Judgment on the Pleadings, 2:16-cv-00744-DN, *Hansen et al v. JP Morgan Chase Bank, N.A. et al.*

Signed July 12, 2021.

BY THE COURT

David Nuffer
United States District Judge

---

[4] Docket no. 7, filed April 19, 2021.

[5] Docket no. 2, filed February 12, 2021.